IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 11    **EOD**    MAR 26 2003 |
|---|---|---|
| | ) | |
| SCANLON & TUTHILL, LTD. | ) | Case No. 02 B 39214 |
| | ) | |
| FEIN: 36-4188578 | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession | ) | Hearing: March 18, 2003 10:00 a.m. |

**ORDER GRANTING FIRST APPLICATION FOR INTERIM COMPENSATION
FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF EXPENSES**

THIS MATTER came to be heard on the First Application for Interim Compensation for Professional Services and Reimbursement of Expenses of Forrest L. Ingram, P.C., attorney for Debtor. Copies of the Fee Petition were served on the Debtor, the United States Trustee, the Chapter 11 Trustee and all creditors entitled to notice. Due notice of the hearing was served on the Debtor, , the United States Trustee, the Chapter 11 Trustee and all parties in interest, and a certificate of service has been filed with the Court. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. sec. 1334. This is a core proceeding pursuant to 28 U.S.C. sec. 157(b)(2)(A). The Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Forrest L. Ingram, P.C. is awarded ~~$13,838.00~~ $15,072.00 of the professional compensation requested for the time period beginning October 2, 2002, through March 11, 2003.

2. Forrest L. Ingram, P.C. is awarded reimbursement of expenses incurred during the same period in the total amount $1,152.92.

3. Forrest L. Ingram, P.C. is authorized to apply the $10,000.00 retainer received from the Debtor to the fees and expenses awarded.

69

4. The Debtor is authorized and directed to pay Forrest L. Ingram, P.C. the total net aggregate sum of ~~$8,946.82~~ $8,146.82 for compensation for services and reimbursement of expenses.

5. The hearing on Applicant's First Application for Interim Compensation for Professional Services and Reimbursement of Expenses is hereby concluded.

Dated:                                                                 BY THE COURT

                                                                       THE HONORABLE EUGENE WEDOFF

                                                                       25 MAR 2003

This Order Prepared by
Forrest L. Ingram, P.C.